THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL RAY THOMPSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:23-CV-42 DN<br><br>District Judge David Nuffer |

Plaintiff, Michael Ray Thompson, filed a civil-rights complaint, under 42 U.S.C.S. § 1983 (2023). (ECF No. 7.) On May 24, 2023, the Court authorized Plaintiff's payment of an initial partial filing fee of $2.50, stating, "If the initial partial filing fee is not received within 30 days, the case will be dismissed without prejudice and without further notice." (ECF No. 2.) More than two months later, the initial partial filing fee has still not been paid. Indeed, the most recent Court mailing to Plaintiff was returned to sender, marked, "REFUSED UNABLE TO FORWARD." (ECF No. 8.) And, Plaintiff has not since updated Plaintiff's address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 3rd day of August, 2023.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge